IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES R. TOMLINSON,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK J. BISIGNANO, Commissioner of Social Security;<br><br>Defendant. | **4:26CV3203**<br><br>**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 17. Defendant seeks a 30-day extension, from November 2, 2026, to December 2, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current deadline. Filing 17 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 17 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 17, is granted. Defendant shall have to and including December 2, 2026, to file his Motion to Affirm.

Dated this 30th Day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge